No. 98–1845. STATE UNIVERSITY OF NEW YORK, COLLEGE AT NEW PALTZ, ET AL. v. ANDERSON. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62.

No. 99–61. RENO, ATTORNEY GENERAL, ET AL. v. PRYOR, ATTORNEY GENERAL OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reno* v. *Condon, ante,* p. 141.

No. 99–411. BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY v. WICHMANN ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62.

No. 99–519. PRESCOTT ET AL. v. COUNTY OF EL DORADO ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Friends of Earth, Inc.* v. *Laidlaw Environmental Services (TOC), Inc., ante,* p. 167.

No. 99–850. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM ET AL. v. ARNETT ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62. JUSTICE BREYER took no part in the consideration or decision of this case.

No. 99–7075. KARIM-PANAHI v. CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–7087. KINNELL v. WEST, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–7401. TURNER v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.